**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 07-50521 |
| Plaintiff - Appellee, | D.C. No. CR-07-00580-JFW |
| v. | |
| FAUSTINO CARRILLO, | MEMORANDUM [*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Central District of California
John F. Walter, District Judge, Presiding

Submitted February 16, 2010 [**]

Before:     FERNANDEZ, GOULD, and M. SMITH, Circuit Judges.

Faustino Carrillo appeals from the 57-month sentence imposed following his

guilty-plea conviction for being an illegal alien found in the United States

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

EH/Research

following deportation, in violation of 8 U.S.C. § 1326(a). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Carrillo contends that the district court miscalculated his Sentencing Guidelines range because it counted a prior conviction towards his criminal history score pursuant to U.S.S.G. §§ 4A1.1 and 4A1.2, rather than as relevant conduct pursuant to U.S.S.G. § 1B1.3. This contention is foreclosed. *See United States v. Cruz-Gramajo*, 570 F.3d 1162, 1167 (9th Cir. 2009).

Carrillo also contends that the district court violated his Fifth Amendment right against self-incrimination when it imposed a condition of supervised release which requires him to report to probation if he reenters the country. As Carrillo acknowledges, this contention is foreclosed. *See United States v. Rodriguez-Rodriguez*, 441 F.3d 767, 772-73 (9th Cir. 2006).

**AFFIRMED.**